[Nos. 5046-7-III; 5073-4-III.   Division Three.   October 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FAREL
P. HETTINGER, *Appellant.*

*In the Matter of the Personal Restraint of*
FAREL P. HETTINGER, *Petitioner.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 4355, Richard G. Patrick, J., entered
February 23, 1982, together with a petition for relief from
personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per McInturff, J., concurred
in by Munson, C.J., and Green, J.

[No. 5011-4-III.   Division Three.   October 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
DELAPAZ ZAMORA, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81-1-00456-4, Harold D. Clarke, J.,
entered February 6, 1982. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Munson, C.J., and
Edgerton, J. Pro Tem.

[No. 5265-6-III.   Division Three.   October 6, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
CHARLES DANFORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-1-00121-1, Philip J. Thompson, J.,
entered April 21, 1982. *Affirmed* by unpublished per curiam
opinion.